# United States Bankruptcy Court
## District of Minnesota

In re    Eric Nelson Morud
       Martina Mary Kelly                          Case No. _____

                                     Debtor(s)           Chapter    **7**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☒ **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

     ☐ Debtor was not employed during the 60 days preceding the filing of the petition;

     ☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

     ☐ Debtor was self-employed during the 60 days preceding the filing of the petition;

     ☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

     ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _____     Date:   **October 21, 2011**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

☒ **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

     ☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition;

     ☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

     ☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

     ☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

     ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _Martina Kelly_     Date:   **October 21, 2011**

TruNorth Painting, Inc
3853 Cinnabar Drive
Eagan, MN 55122

Eric N. Morud
3853 Cinnabar Drive
Eagan, MN 55122

Direct Deposit

---

**Employee Pay Stub**    Check number:    Pay Period: 09/26/2011 - 10/09/2011    Pay Date: 10/14/2011

| Employee | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Eric N. Morud, 3853 Cinnabar Drive, Eagan, MN 55122 | | Married/Married | Fed-2/0/MN-2 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary Management | | | 1,000.00 | 1,000.00 |
| Salary Management (old) | | | | 11,000.00 |
| | | | 1,000.00 | 12,000.00 |

| Direct Deposit | Amount |
|---|---|
| Checking - *******7375 | 876.50 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -41.00 | -411.35 |
| Social Security Employee | -42.00 | -504.00 |
| Medicare Employee | -14.50 | -174.00 |
| MN - Withholding | -26.00 | -260.27 |
| | -123.50 | -1,349.62 |
| **Net Pay** | **876.50** | **10,650.38** |

TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

Paystub Detail
PAY DATE: 09/30/2011
NET PAY: $876.32

Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

**EMPLOYER**
TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

**PAY PERIOD**
| | |
|---|---|
| Period Beginning: | 09/11/2011 |
| Period Ending: | 09/24/2011 |
| Pay Date: | 09/30/2011 |

**EMPLOYEE**
Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

| **NET PAY:** | $876.32 |
|---|---|
| Acct#....7375: | $876.32 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1000.00 | 11000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 41.15 | 370.35 |
| Social Security | 42.00 | 462.00 |
| Medicare | 14.50 | 159.50 |
| MN Income Tax | 26.03 | 234.27 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $11,000.00 |
| Taxes | $123.68 | $1,226.12 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          $876.32

TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

Paystub Detail
PAY DATE: 09/16/2011
NET PAY: $876.32

Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

---

**EMPLOYER**
TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

**PAY PERIOD**
Period Beginning:        08/28/2011
Period Ending:           09/10/2011
Pay Date:                09/16/2011

**EMPLOYEE**
Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

**NET PAY:**                          $876.32
Acct#....7375:                        $876.32

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|-----|-------|------|---------|-----|
| Salary | - | - | 1000.00 | 10000.00 |

| DEDUCTIONS | Current | YTD |
|------------|---------|-----|

| TAXES | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 41.15 | 329.20 |
| Social Security | 42.00 | 420.00 |
| Medicare | 14.50 | 145.00 |
| MN Income Tax | 26.03 | 208.24 |

| SUMMARY | Current | YTD |
|---------|---------|-----|
| Total Pay | $1,000.00 | $10,000.00 |
| Taxes | $123.68 | $1,102.44 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$876.32**

TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

Paystub Detail
PAY DATE: 09/02/2011
NET PAY: $876.32

Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

**EMPLOYER**
TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

**PAY PERIOD**
| | |
|---|---|
| Period Beginning: | 08/14/2011 |
| Period Ending: | 08/27/2011 |
| Pay Date: | 09/02/2011 |

**EMPLOYEE**
Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

**NET PAY:**                          $876.32
Acct#....7375:                        $876.32

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1000.00 | 9000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 41.15 | 288.05 |
| Social Security | 42.00 | 378.00 |
| Medicare | 14.50 | 130.50 |
| MN Income Tax | 26.03 | 182.21 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $9,000.00 |
| Taxes | $123.68 | $978.76 |
| Deductions | $0.00 | $0.00 |

**Net Pay**                    **$876.32**

TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

Paystub Detail
PAY DATE: 08/19/2011
NET PAY: $876.32

Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

---

**EMPLOYER**
TruNorth Painting, Inc.
3853 Cinnabar Drive
Eagan MN  55122

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 07/31/2011 |
| Period Ending: | 08/13/2011 |
| Pay Date: | 08/19/2011 |

**EMPLOYEE**
Eric N. Morud
3853 Cinnabar Drive
Eagan MN  55122

**NET PAY:**                                    $876.32
Acct#....7375:                                  $876.32

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1000.00 | 8000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 41.15 | 246.90 |
| Social Security | 42.00 | 336.00 |
| Medicare | 14.50 | 116.00 |
| MN Income Tax | 26.03 | 156.18 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,000.00 | $8,000.00 |
| Taxes | $123.68 | $855.08 |
| Deductions | $0.00 | $0.00 |

**Net Pay**                    **$876.32**

https://www1.payentry.com/ee/ee/PayHist/Detail.asp?paychec...

Quick Links
Home

Employee    ►
Company    ►
Maintenance    ►

 

Home ► Employee ► Pay History ► Check

# History Paycheck

Check Details

Reg Check Paid on 10/14/2011 for period ending 10/15/2011

| Martina  Kelly | | Voucher: 10622 | |
| 3853 Cinnabar Drive | | | |
| Eagan, MN 55122 | | Net Pay | Net Check |
| | | 424.47 | 0.00 |

Earnings

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| REG | Regular | 0.75 | 18.75 |
| SAL | Salary | 34.66 | 668.00 |
| | | 35.41 | 686.75 |

Deductions

| Code | Description | Amount |
|------|-------------|--------|
| DEPC | Dependant Care | 208.33 |
| | | 208.33 |

Taxes

| Code | Description | Taxable | Amount |
|------|-------------|---------|--------|
| MED | Medicare | 478.42 | 6.93 |
| SS | OASDI | 478.42 | 20.09 |
| FITW | Federal Income Tax | 478.42 | 14.93 |
| MN | Minnesota SITW | 478.42 | 12.00 |
| | | | 53.95 |

Employer Taxes

| Code | Description | Taxable |
|------|-------------|---------|
| MED-R | Medicare - Employer | 478.42 |
| SS-R | OASDI - Employer | 478.42 |
| MNAST | Minnesota Federal Loan Assessment | 686.75 |

10/21/11 1:41 PM

| MNDW | Workforce Enhancement Fee | 686.75 |
| MNSUI | Minnesota SUI | 686.75 |

Direct Deposits

| Transit | Account | Account Type | Amount |
|---------|---------|--------------|--------|
| ^^^6110 | ^^^5811 | Savings | 100.00 |
| ^^^0022 | ^^^2547 | Checking | 324.47 |
| | | | 424.47 |

( Print Check Stub )

Payentry Version: 2.4.3.7
Copyright © 1995-2011 MPAY Software Inc. All rights reserved. -- **Privacy Policy**

10/21/11 1:41 PM

payentry.com

https://www1.payentry.com/ee/ee/PayHist/Detail.asp

**Quick Links**
**Home**
**Employee**    ▶
**Company**    ▶
**Maintenance**    ▶

Home ▶ **Employee** ▶ **Pay History** ▶ **Check**

✓ **Note**

- **Report request submitted**
  *The report request has been submitted and is currently processing. The report status can be monitored in a separate popup window that will appear automatically.*



# History Paycheck

### Check Details

Reg Check Paid on 9/30/2011 for period ending 9/30/2011

| Martina  Kelly | | Voucher: **10505** |
|---|---|---|
| 3853 Cinnabar Drive | | |
| Eagan, MN 55122 | Net Pay | Net Check |
| | **557.79** | **0.00** |

### Earnings

| Code | Description | Hours | Amount |
|---|---|---|---|
| REG | Regular | 7.50 | 187.50 |
| PERS | Personal Day | 1.00 | 19.27 |
| SAL | Salary | 33.66 | 648.73 |
| | | **42.16** | **855.50** |

### Deductions

| Code | Description | Amount |
|---|---|---|
| DEPC | Dependant Care | 208.33 |
| | | **208.33** |

### Taxes

| Code | Description | Taxable | Amount |
|---|---|---|---|
| MED | Medicare | 647.17 | 9.39 |
| SS | OASDI | 647.17 | 27.19 |
| FITW | Federal Income Tax | 647.17 | 31.80 |

payentry.com

https://www1.payentry.com/ee/ee/PayHist/Detail.asp

| MN | Minnesota SITW | 647.17 | 21.00 |
| | | | 89.38 |

### Employer Taxes

| Code | Description | Taxable |
|------|-------------|---------|
| MED-R | Medicare - Employer | 647.17 |
| SS-R | OASDI - Employer | 647.17 |
| MNAST | Minnesota Federal Loan Assessment | 855.50 |
| MNDW | Workforce Enhancement Fee | 855.50 |
| MNSUI | Minnesota SUI | 855.50 |

### Direct Deposits

| Transit | Account | Account Type | Amount |
|---------|---------|--------------|--------|
| ***6110 | ***5811 | Savings | 100.00 |
| ***0022 | ***2547 | Checking | 457.79 |
| | | | 557.79 |

( Print Check Stub )

Payentry Version: 2.4.3.6
Copyright © 1995-2011 MPAY Software Inc. All rights reserved. – **Privacy Policy**

10/13/11 10:23 PM

payentry.com                                    https://www1.payentry.com/ee/ee/PayHist/Detail.asp

Quick Links                              Home ▸ **Employee** ▸ **Pay History** ▸ **Check**
Home

**Employee**        ▸
**Company**         ▸
**Maintenance**   ▸



## Note

• **Report request submitted**
*The report request has been submitted and is currently
processing. The report status can be monitored in a
separate popup window that will appear automatically.*



# History Paycheck

### Check Details

Reg Check Paid on 9/15/2011 for period ending 9/15/2011

| | |
|---|---|
| Martina Kelly | Voucher: 10388 |
| 3853 Cinnabar Drive | Net Pay   Net Check |
| Eagan, MN 55122 | **319.60    0.00** |

### Earnings

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| REG | Regular | 2.61 | 41.76 |
| SAL | Salary | 38.09 | 581.16 |
| REG | Regular | 0.39 | 6.24 |
| SAL | Salary | 5.69 | 86.84 |
| | | **46.78** | **716.00** |

### Deductions

| Code | Description | Amount |
|------|-------------|--------|
| DEN | Dental | 9.18 |
| DEPC | Dependant Care | 208.33 |
| HEAL | Health Insurance | 152.70 |
| | | **370.21** |

### Taxes

| Code | Description | Taxable | Amount |
|------|-------------|---------|--------|

payentry.com

https://www1.payentry.com/ee/ee/PayHist/Detail.asp

| | | | | |
|---|---|---|---|---|
| MED | Medicare | | 345.79 | 5.01 |
| SS | OASDI | | 345.79 | 14.52 |
| FITW | Federal Income Tax | | 345.79 | 1.66 |
| MN | Minnesota SITW | | 345.79 | 5.00 |
| | | | | **26.19** |

## Employer Taxes

| Code | Description | Taxable |
|---|---|---|
| MED-R | Medicare - Employer | 345.79 |
| SS-R | OASDI - Employer | 345.79 |
| MNAST | Minnesota Federal Loan Assessment | 716.00 |
| MNDW | Workforce Enhancement Fee | 716.00 |
| MNSUI | Minnesota SUI | 716.00 |

## Direct Deposits

| Transit | Account | Account Type | Amount |
|---|---|---|---|
| ***6110 | ***5811 | Savings | 100.00 |
| ***0022 | ***2547 | Checking | 219.60 |
| | | | **319.60** |

( Print Check Stub )

Payentry Version: 2.4.3.6
Copyright © 1995-2011 MPAY Software Inc. All rights reserved. -- **Privacy Policy**

9/22/11 7:53 PM

payentry.com

https://www1.payentry.com/ee/ee/PayHist/Detail.asp?paychec...

Quick Links
Home

Employee          ▶
Company           ▶
Maintenance       ▶

Home ▶ **Employee** ▶ **Pay History** ▶ **Check**

 **History Paycheck**

## Check Details

Reg Check Paid on 8/31/2011 for period ending 8/31/2011

| Martina Kelly | Voucher: **10273** | |
|---|---|---|
| 3853 Cinnabar Drive | Net Pay | Net Check |
| Eagan, MN 55122 | **367.58** | **0.00** |

### Earnings

| Code | Description | Hours | Amount |
|---|---|---|---|
| SAL | Salary | 38.09 | 675.51 |
| SAL | Salary | 5.69 | 100.94 |
| | | 43.78 | 776.45 |

### Deductions

| Code | Description | Amount |
|---|---|---|
| DEN | Dental | 9.18 |
| DEPC | Dependant Care | 208.33 |
| HEAL | Health Insurance | 152.70 |
| | | 370.21 |

### Taxes

| Code | Description | Taxable | Amount |
|---|---|---|---|
| MED | Medicare | 406.24 | 5.89 |
| SS | OASDI | 406.24 | 17.06 |
| FITW | Federal Income Tax | 406.24 | 7.71 |
| MN | Minnesota SITW | 406.24 | 8.00 |
| | | | 38.66 |

### Employer Taxes

| Code | Description | Taxable |
|---|---|---|
| MED-R | Medicare - Employer | 406.24 |

9/22/11 7:54 PM

| SS-R | OASDI - Employer | 406.24 |
| MNAST | Minnesota Federal Loan Assessment | 776.45 |
| MNDW | Workforce Enhancement Fee | 776.45 |
| MNSUI | Minnesota SUI | 776.45 |

**Direct Deposits**

| Transit | Account | Account Type | Amount |
|---------|---------|--------------|--------|
| ***6110 | ***5811 | Savings | 100.00 |
| ***0022 | ***2547 | Checking | 267.58 |
| | | | **367.58** |

( Print Check Stub )

Payentry Version: 2.4.3.6
Copyright © 1995-2011 MPAY Software Inc. All rights reserved. -- **Privacy Policy**

payentry.com

https://www1.payentry.com/ee/ee/PayHist/Detail.asp?paychec...

Quick Links
Home
Employee          ▶
Company          ▶
Maintenance      ▶

Home ▶ Employee ▶ Pay History ▶ Check



# History Paycheck

## Check Details

Reg Check Paid on 8/15/2011 for period ending 8/15/2011

Martina  Kelly                                    Voucher: 10157
3853 Cinnabar Drive                    Net Pay          Net Check
Eagan, MN 55122
                                       **427.41**       **0.00**

### Earnings

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| SAL  | Salary      | 38.09 | 675.51 |
| SAL  | Salary      | 5.69  | 100.94 |
|      |             | 43.78 | 776.45 |

### Deductions

| Code | Description           | Amount |
|------|-----------------------|--------|
| EXRE | Expense Reimbursement | -59.83 |
| DEN  | Dental                | 9.18   |
| DEPC | Dependant Care        | 208.33 |
| HEAL | Health Insurance      | 152.70 |
|      |                       | 310.38 |

### Taxes

| Code | Description        | Taxable | Amount |
|------|--------------------|---------|--------|
| MED  | Medicare           | 406.24  | 5.89   |
| SS   | OASDI              | 406.24  | 17.06  |
| FITW | Federal Income Tax | 406.24  | 7.71   |
| MN   | Minnesota SITW     | 406.24  | 8.00   |
|      |                    |         | 38.66  |

### Employer Taxes

| Code | Description | Taxable |
|------|-------------|---------|
|      |             |         |

payentry.com

| | | | |
|---|---|---|---:|
| MED-R | Medicare - Employer | | 406.24 |
| SS-R | OASDI - Employer | | 406.24 |
| MNAST | Minnesota Federal Loan Assessment | | 776.45 |
| MNDW | Workforce Enhancement Fee | | 776.45 |
| MNSUI | Minnesota SUI | | 776.45 |

**Direct Deposits**

| Transit | Account | Account Type | Amount |
|---|---|---|---:|
| ***6110 | ***5811 | Savings | 100.00 |
| ***0022 | ***2547 | Checking | 327.41 |
| | | | **427.41** |

( Print Check Stub )

Payentry Version: 2.4.3.6
Copyright © 1995-2011 MPAY Software Inc. All rights reserved. – **Privacy Policy**

9/22/11 7:55 PM

SAINT THOMAS ACADEMY
949 Mendota Heights Road
Mendota Heights, MN 55120

US Bank
St. Paul, MN

| Date | Amount |
|---|---|
| 10/14/2011 | $725.83 |

PAY   SEVEN HUNDRED TWENTY FIVE DOLLARS and 83 CENTS

To the   Martina M. Kelly
order of   3853 Cinnabar Dr.
Eagan, MN 55122

| Bank Routing No. | Bank Account Number | Deposit Amount |
|---|---|---|
| 091000022 | 104779962547 | 725.83 |

DIRECT DEPOSIT ADVICE   NON-NEGOTIABLE

| 662<br>Employee No. | Department | Kelly, M. M.<br>Employee Name | | 1292<br>Social Security No. | 10/14/2011<br>Period End | | |
|---|---|---|---|---|---|---|---|
| EARNINGS | Hrs/Units | Current Amount | Year to Date | DEDUCTIONS | | Current Amount | Year to Date |
| Regular Pay | 86.666 | 928.71 | 13141.55 | FEDERAL INCOME | | 53.72 | 677.42 |
| | | | | FEDERAL MEDICAR | | 13.10 | 189.44 |
| | | | | FEDERAL SOCIAL | | 37.95 | 548.73 |
| | | | | MINNESOTA | | 33.09 | 445.03 |
| | | | | Dental Flex Ins | | 2.77 | 8.31 |
| | | | | Med Ins Single | | 22.41 | 67.23 |
| | | | | TIAA/CREF-amt | | 37.15 | 37.15 |
| | | | | Disability Ins | | 2.69 | 8.07 |

| 928.71<br>Pay Rate | 928.71<br>Current Earnings | 202.88<br>Current Deductions | 725.83<br>NET PAY | 13141.55<br>Y.T.D. Earnings | 1981.38<br>Y.T.D. Deductions | 11160.17<br>Y.T.D. Net Pay |
|---|---|---|---|---|---|---|

SAINT THOMAS ACADEMY
949 Mendota Heights Road
Mendota Heights, MN 55120

US Bank
St. Paul, MN

| | Date | Amount |
|---|---|---|
| | 09/30/2011 | $757.27 |

ᵖAY   SEVEN HUNDRED FIFTY SEVEN DOLLARS and 27 CENTS

To the   Martina M. Kelly
order of 3853 Cinnabar Dr.
Eagan, MN 55122

| Bank Routing No. | Bank Account Number | Deposit Amount |
|---|---|---|
| 091000022 | 104779962547 | 757.27 |

## DIRECT DEPOSIT ADVICE   NON-NEGOTIABLE

| 662 | | | | -1292 | 09/30/2011 | |
|---|---|---|---|---|---|---|
| Employee No. | Department | | | Social Security No. | Period End | |
| | | Kelly, M. M. | | | | |
| | | Employee Name | | | | |

| EARNINGS | Hrs/Units | Current Amount | Year to Date | DEDUCTIONS | Current Amount | Year to Date |
|---|---|---|---|---|---|---|
| Regular Pay | 86.666 | 928.71 | 12212.84 | FEDERAL INCOME | 57.44 | 623.70 |
| | | | | FEDERAL MEDICAR | 13.10 | 176.34 |
| | | | | FEDERAL SOCIAL | 37.95 | 510.78 |
| | | | | MINNESOTA | 35.08 | 411.94 |
| | | | | Dental Flex Ins | 2.77 | 5.54 |
| | | | | Med Ins Single | 22.41 | 44.82 |
| | | | | Disability Ins | 2.69 | 5.38 |

| 928.71 | 928.71 | 171.44 | 757.27 | 12212.84 | 1778.50 | 10434.34 |
|---|---|---|---|---|---|---|
| Pay Rate | Current Earnings | Current Deductions | NET PAY | Y.T.D. Earnings | Y.T.D. Deductions | Y.T.D. Net Pay |

SAINT THOMAS ACADEMY
949 Mendota Heights Road
Mendota Heights, MN  55120

US Bank
St. Paul, MN

| Date | Amount |
|------|--------|
| 09/15/2011 | $757.27 |

PAY   SEVEN HUNDRED FIFTY SEVEN DOLLARS and 27 CENTS

To the   Martina M. Kelly
order of  3853 Cinnabar Dr.
Eagan, MN  55122

Bank Routing No.   Bank Account Number
091000022    104779962547

Deposit Amount
757.27

DIRECT DEPOSIT ADVICE   NON-NEGOTIABLE

| 662 | | Kelly, M. M. | | .1292 | 09/15/2011 | |
|-----|--|--------------|--|-------|------------|--|
| Employee No. | Department | Employee Name | | Social Security No. | Period End | |
| EARNINGS | Hrs/Units | Current Amount | Year to Date | DEDUCTIONS | Current Amount | Year to Date |
| Regular Pay | 86.666 | 928.71 | 11284.13 | FEDERAL INCOME | 57.44 | 566.26 |
| | | | | FEDERAL MEDICAR | 13.10 | 163.24 |
| | | | | FEDERAL SOCIAL | 37.95 | 472.83 |
| | | | | MINNESOTA | 35.08 | 376.86 |
| | | | | Dental Flex Ins | 2.77 | 2.77 |
| | | | | Med Ins Single | 22.41 | 22.41 |
| | | | | Disability Ins | 2.69 | 2.69 |

| 928.71 | 928.71 | 171.44 | 757.27 | 11284.13 | 1607.06 | 9677.07 |
|--------|--------|--------|--------|----------|---------|---------|
| Pay Rate | Current Earnings | Current Deductions | NET PAY | Y.T.D. Earnings | Y.T.D. Deductions | Y.T.D. Net Pay |

SAINT THOMAS ACADEMY
949 Mendota Heights Road
Mendota Heights, MN  55120

US Bank
St. Paul, MN

| Date | Amount |
|---|---|
| 08/31/2011 | $779.86 |

PAY   SEVEN HUNDRED SEVENTY NINE DOLLARS and 86 CENTS

To the   Martina M. Kelly
order of  3853 Cinnabar Dr.
Eagan, MN  55122

Bank Routing No.   Bank Account Number

091000022   104779962547

Deposit Amount

779.86

### DIRECT DEPOSIT ADVICE   NON-NEGOTIABLE

| 662 | | Kelly, M. M. | | | ·1292 | 08/31/2011 | |
|---|---|---|---|---|---|---|---|
| Employee No. | | Department | Employee Name | | Social Security No. | Period End | |

| EARNINGS | Hrs/Units | Current Amount | Year to Date | DEDUCTIONS | Current Amount | Year to Date |
|---|---|---|---|---|---|---|
| Regular Pay | 86.666 | 928.71 | 10355.42 | FEDERAL INCOME | 59.95 | 508.82 |
| | | | | FEDERAL MEDICAR | 13.47 | 150.14 |
| | | | | FEDERAL SOCIAL | 39.01 | 434.88 |
| | | | | MINNESOTA | 36.42 | 341.78 |

| 928.71 | 928.71 | 148.85 | 779.86 | 10355.42 | 1435.62 | 8919.80 |
|---|---|---|---|---|---|---|
| Pay Rate | Current Earnings | Current Deductions | NET PAY | Y.T.D. Earnings | Y.T.D. Deductions | Y.T.D. Net Pay |

SAINT THOMAS ACADEMY
949 Mendota Heights Road
Mendota Heights, MN  55120

US Bank
St. Paul, MN

| Date | Amount |
|---|---|
| 08/15/2011 | $779.86 |

PAY  SEVEN HUNDRED SEVENTY NINE DOLLARS and 86 CENTS

To the
order of

Martina M. Kelly
3853 Cinnabar Dr.
Eagan, MN  55122

Bank Routing No.   Bank Account Number

091000022   104779962547

Deposit Amount

779.86

DIRECT DEPOSIT ADVICE   NON-NEGOTIABLE

| 662 | | Kelly, M. M. | | ·1292   08/15/2011 | | |
|---|---|---|---|---|---|---|
| Employee No. | Department | Employee Name | | Social Security No. | Period End | |
| EARNINGS | Hrs/Units | Current Amount | Year to Date | DEDUCTIONS | Current Amount | Year to Date |
| Regular Pay | 86.666 | 928.71 | 9426.71 | FEDERAL INCOME | 59.95 | 448.87 |
| | | | | FEDERAL MEDICAR | 13.47 | 136.67 |
| | | | | FEDERAL SOCIAL | 39.01 | 395.87 |
| | | | | MINNESOTA | 36.42 | 305.36 |

| 928.71 | 928.71 | 148.85 | 779.86 | 9426.71 | 1286.77 | 8139.94 |
|---|---|---|---|---|---|---|
| Pay Rate | Current Earnings | Current Deductions | NET PAY | Y.T.D. Earnings | Y.T.D. Deductions | Y.T.D. Net Pay |